# United States District Court
# For The Western District of North Carolina
# Statesville Division

DALE EUGENE ELLIS,

    Petitioner,           JUDGMENT IN A CIVIL CASE

vs.                             CASE NO. 5:11CV22-3-RLV

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2011, Order.

                                            Signed: August 10, 2011

                                            *[signature: Frank G. Johns]*

                                            Frank G. Johns, Clerk
                                            United States District Court